**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| KATIUSKA A. MONTILLA-SALCEDO, | | |
| | * | |
| Petitioner, | | |
| | * | |
| v. | | |
| | * | Civil No. 26-280-BAH |
| NIKITA BAKER ET AL., | | |
| | * | |
| Respondents. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

In response to the Court's order to show cause, ECF 6, Petitioner Katiuska A. Montilla-Salcedo ("Petitioner") has filed a motion for voluntary dismissal, ECF 7.  Petitioner's motion is GRANTED, and the case is hereby DISMISSED without prejudice.

Dated: <u>January 23, 2026</u>

_____/s/_____
Brendan A. Hurson
United States District Judge
